**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-1696**

In re:  ARTHUR LEE HAIRSTON, SR.,

Petitioner.

On Petition for Writ of Mandamus.  (1:20-cv-00039-TSK)

Submitted:  November 30, 2021                  Decided:  January 5, 2022

Before GREGORY, Chief Judge, and AGEE and DIAZ, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Arthur Lee Hairston, Sr., Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Arthur Lee Hairston, Sr., petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his objections to the magistrate judge's report and recommendation in his suit against the Social Security Administration. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court recently overruled Hairston's objections and dismissed his complaint. Accordingly, because the district court has recently decided Hairston's case, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*